283

Per Curiam.

(No. 7087)

Doctors Memorial Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed April 16, 1973.*

Doctors Memorial Hospital, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7094)

Key Equipment and Supply Company, Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 16, 1973.*

Key Equipment and Supply Company, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.